AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

JOSEPH FOLEY, et al.,

v.

CITY OF BUFFALO

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 06–CV-49S

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Plaintiffs' Motion for Leave to Amend the Complaint is Granted; that Defendant's Motion to Dismiss is Granted as to the federal claims and that this Court Declines to exercise supplemental jurisdiction over Plaintiffs' state law claims, which are hereby Dismissed pursuant to 28 U.S.C. § 1367(c)(3) without prejudice.

Date: July 28, 2011

MICHAEL J. ROEMER, CLERK

By: s/Suzanne Grunzweig
Deputy Clerk